# EXHIBIT A

US00D854456S

## (12) United States Design Patent

Li et al.

(10) Patent No.: **US D854,456 S**
(45) Date of Patent: **\*\* Jul. 23, 2019**

(54) **LIGHT ELECTRIC OFF-ROAD MOTORCYCLE**

(71) Applicant: **ChongQing Qiulong Technology Co. LTD.**, Chongqing (CN)

(72) Inventors: **Bing Li**, Chongqing (CN); **Yinghong Cao**, Chongqing (CN); **Sheng Chen**, Chongqing (CN); **Ke Ma**, Chongqing (CN)

(73) Assignee: **CHONGQING QIULONG TECHNOLOGY CO. LTD**, Chongqing (CN)

(\*\*) Term: **15 Years**

(21) Appl. No.: **29/607,893**

(22) Filed: **Jun. 16, 2017**

(30) **Foreign Application Priority Data**

Mar. 16, 2017    (CN) .......................... 2017 3 0077820

(51) **LOC (11) Cl.** ............................................. **12-11**
(52) **U.S. Cl.**
USPC ....................................................... **D12/110**
(58) **Field of Classification Search**
USPC ................ D12/110, 111, 117; D21/432, 538
CPC ......... B62K 11/00; B62K 11/02; B62K 11/04; B62K 11/10; B62K 17/00; B62K 19/00; B62K 2202/00
See application file for complete search history.

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D269,170 | S | * | 5/1983 | Aoyama | D12/110 |
| D270,047 | S | * | 8/1983 | Kataoka | D12/110 |
| D273,854 | S | * | 5/1984 | Ishiyama | D12/110 |
| D384,600 | S | * | 10/1997 | Miwa | D12/110 |
| D384,601 | S | * | 10/1997 | Hiruma | D12/110 |
| D395,849 | S | * | 7/1998 | Maruyama | D12/110 |
| D419,922 | S | * | 2/2000 | Yamase | D12/110 |
| D430,822 | S | * | 9/2000 | Sakaguchi | D12/110 |
| D482,639 | S | * | 11/2003 | Yamamoto | D12/110 |
| D497,329 | S | * | 10/2004 | Yamamoto | D12/110 |
| D497,330 | S | * | 10/2004 | Fukuyama | D12/110 |
| D513,481 | S | * | 1/2006 | Lin | D12/110 |
| D517,956 | S | * | 3/2006 | Kishi | D12/110 |
| D523,783 | S | * | 6/2006 | Sugimoto | D12/110 |
| D524,191 | S | * | 7/2006 | Sugimoto | D12/110 |
| D526,249 | S | * | 8/2006 | Tanaka | D12/110 |
| D549,136 | S | * | 8/2007 | Yu | D12/110 |
| D559,155 | S | * | 1/2008 | Sakata | D12/110 |
| D566,626 | S | * | 4/2008 | Sakata | D12/110 |
| D581,840 | S | * | 12/2008 | Ichihara | D12/110 |

(Continued)

*Primary Examiner* — Darlington Ly

(74) *Attorney, Agent, or Firm* — Beusse, Wolter, Sanks & Maire PLLC; Robert L. Wolter

(57) **CLAIM**

The ornamental design for a light electric off-road motorcycle, as shown and described.

**DESCRIPTION**

FIG. **1** is a right side elevation view of a light electric off-road motorcycle showing our new design;
FIG. **2** is a left side elevation view thereof;
FIG. **3** is a rear elevation view thereof;
FIG. **4** is a front elevation view thereof;
FIG. **5** is a top plan view thereof;
FIG. **6** is a bottom plan view thereof;
FIG. **7** is a front and right side perspective view thereof;
FIG. **8** is a front and left side perspective view thereof;
FIG. **9** is a rear and right side perspective view thereof; and,
FIG. **10** is a rear and left side perspective view thereof.
The broken lines in the drawings illustrate portions of the light electric off-road motorcycle that form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



## US D854,456 S

Page 2

(56)                     **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D590,302 | S | * | 4/2009 | Tanaka | D12/110 |
| D594,784 | S | * | 6/2009 | Ichihara | D12/110 |
| D598,330 | S | * | 8/2009 | Miyanishi | D12/110 |
| D601,927 | S | * | 10/2009 | Watanabe | D12/110 |
| D603,300 | S | * | 11/2009 | Fukuyama | D12/110 |
| D609,609 | S | * | 2/2010 | Hayashi | D12/110 |
| D609,610 | S | * | 2/2010 | Inose | D12/110 |
| D621,301 | S | * | 8/2010 | Hayashi | D12/110 |
| D632,226 | S | * | 2/2011 | Miyata | D12/110 |
| D640,173 | S | * | 6/2011 | Oyanagi | D12/110 |
| D665,706 | S | * | 8/2012 | Oyanagi | D12/110 |
| D685,682 | S | * | 7/2013 | Matsumura | D12/110 |
| D724,496 | S | * | 3/2015 | Takeda | D12/110 |
| D735,086 | S | * | 7/2015 | Talios | D12/110 |
| D735,087 | S | * | 7/2015 | Iimura | D12/110 |
| D738,260 | S | * | 9/2015 | Akita | D12/110 |
| D738,789 | S | * | 9/2015 | Inose | D12/110 |
| D754,567 | S | * | 4/2016 | Iimura | D12/110 |
| D792,287 | S | * | 7/2017 | Kobayashi | D12/110 |
| D798,195 | S | * | 9/2017 | Yu | D12/110 |
| D809,433 | S | * | 2/2018 | Kobayashi | D12/110 |
| 2013/0313034 | A1 | * | 11/2013 | Matsushima | B62K 11/00 180/219 |
| 2015/0060178 | A1 | * | 3/2015 | Matsushima | F02M 35/162 180/219 |
| 2017/0057338 | A1 | * | 3/2017 | Inagaki | B60K 11/08 |

* cited by examiner

**U.S. Patent**  **Jul. 23, 2019**  **Sheet 1 of 5**  **US D854,456 S**



FIG. 1



FIG. 2

**U.S. Patent**     Jul. 23, 2019     **Sheet 2 of 5**     US D854,456 S



FIG. 3



FIG. 4



FIG. 5



FIG. 6

**U.S. Patent**     Jul. 23, 2019     Sheet 4 of 5     US D854,456 S



FIG. 7



FIG. 8



FIG. 9



FIG. 10