PLATINUM INTELLECTUAL PROPERTY
Michelle Chen Dunn (SBN 280676)
*michelle.dunn@platinum-ip.com*
3031 Tisch Way, Ste 110 PW
San Jose, CA 95128
Telephone: (408) 800-5884
Facsimile: 877-463-0654

*Attorneys for Defendant E Ride Pro Inc.*

MAYER BROWN LLP
DOUGLAS A. SMITH (SBN 290598)
dougsmith@mayerbrown.com
333 S. Grand Ave., 47th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Plaintiff
Chongqing Qiulong Technology Corporation Limited, d/b/a Surron

*Additional counsel listed on the following page.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHONGQING QIULONG TECHNOLOGY CORPORATION LIMITED, D/B/A SURRON,<br><br>Plaintiff,<br><br>v.<br><br>E RIDE PRO INC.,<br><br>Defendant. | Case No. 8:26-cv-00067-MRA-DFMx<br><br>**JOINT STIPULATION TO SET HEARING ON ORDER TO SHOW CAUSE (ECF NO. 18) AND TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS**<br><br>Hon. Mónica Ramírez Almadani<br><br>Compl. Filed: Jan. 8, 2026<br>Compl. Served: January 13, 2026<br>Current response date: February 3, 2026<br>New response date: March 5, 2026 |

-1-

ARCH & LAKE LLP
HAO TAN (pro hac vice)
HaoTan@archlakelaw.com
10900 NE 4th St, Suite 2300
Bellevue, WA 98004
Telephone: 425-289-7858
Facsimile: 312-614-1873


ARCH & LAKE LLP
SHEN WANG (*pro hac vice*)
*ShenWang@archlakelaw.com*
PETER J. CURTIN (*pro hac vice*)
*Pete_curtin@archlakelaw.com*
YU DI (*pro hac vice*)
*YuDi@archlakelaw.com*
YUE YANG (*pro hac vice*)
*AlysssaYang@archlakelaw.com*
203 N. LaSalle St., Ste. 2100
Chicago, IL 60601
Telephone: 312-558-1369
Facsimile: 312-614-1873


Attorneys for Plaintiff
Chongqing Qiulong Technology Corporation Limited, d/b/a Surron

-2-

Plaintiff Chongqing Qiulong Technology Corporation Limited, doing business as Surron ("Plaintiff" or "Surron") and Defendant E Ride Pro Inc. ("Defendant" or "E Ride Pro," and collectively with Surron, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, the Court has issued an Order for Defendant to Show Cause for why a preliminary Injunction should not issue. (ECF No. 18, "PI Show Cause Order");

**WHEREAS**, in light of the Stipulation agreed to by the Parties, and entered by this Court, to extend the Parties' briefing schedule for the PI Show Cause Order and which provided that the Parties submit any further stipulations on scheduling matters by January 23, 2026 (ECF No. 30), the Parties jointly propose to set the hearing on the PI Show Cause Order to Tuesday February 17, 2026, at 10:00 a.m. or such other day and time thereafter as the Court may order;

**WHEREAS**, the current deadline for Defendant to respond to Plaintiff's Complaint is February 3, 2026; and

**WHEREAS**, given the preliminary injunction briefing schedule and the proposed date for the show-cause hearing, the parties stipulate a thirty (30)-day extension of Defendant's deadline to respond to the Complaint in the above proceeding (ECF No. 1), making Defendant's new deadline to respond on March 5, 2026.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

-3-

**NOW, THEREFORE**, the undersigned parties stipulate and agree as follows:

1.     The hearing on the PI Show Cause Order shall be rescheduled to Tuesday February 17, 2026, at 10:00 a.m.

2.     Defendant shall have until March 5, 2026, to answer, move or otherwise respond to the Complaint in the above proceeding (ECF No. 1).

**IT IS SO STIPULATED**.

DATED:  January 23, 2026           MAYER BROWN LLP


By:  _/s/ Douglas A. Smith_
Douglas A. Smith
Attorneys for Plaintiff
CHONGQING QIULONG TECHNOLOGY
CORPORATION LIMITED, d/b/a SURRON

DATED:  January 23, 2026           PLATINUM INTELLECTUAL PROPERTY


By:  _/s/ Michelle C. Dunn_
Michelle C. Dunn
Attorney for Defendant
E RIDE PRO INC.


Pursuant to Civil L.R. 5-4, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

-4-

JOINT STIPULATION TO RESET HEARING ON ORDER TO SHOW CAUSE (ECF NO. 18) AND TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS
CASE NO. 8:26-cv-00067-MRA-DFMx

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on January 23, 2026, a true and correct copy of the foregoing was transmitted electronically to the Electronic Filing System of the United States District Court for the Central District of California which, under relevant Local Civil Rules, is believed to have sent notice of such filing, constituting service of the filed document, on all Filing Users, all of whom are believed to have consented to electronic service.

Executed on January 23, 2026, at San Jose, California.

By:   */s/Michelle C. Dunn*

-5-