**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHONGQING QIULONG TECHNOLOGY CORPORATION LIMITED, D/B/A SURRON,<br><br>                    Plaintiff,<br><br>          v.<br><br>E RIDE PRO INC.,<br><br>                    Defendant. | Case No. 8:26-cv-00067-MRA-DFMx<br><br>**ORDER GRANTING JOINT STIPULATION TO SET HEARING ON ORDER TO SHOW CAUSE (ECF NO. 18) AND TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS [31]** |

-1-

1756252548.2

## ORDER

The Court, having considered Plaintiff Chongqing Qiulong Technology Corporation Limited, doing business as Surron ("Surron") and Defendant E Ride Pro Inc. ("E Ride")'s Joint Stipulation to Set Hearing on Order to Show Cause (ECF No. 18) and to Extend Time to Respond to Complaint by Not More than 30 days, and finding good cause therefor, hereby **GRANTS** the stipulation and **ORDERS** as follows:

1.    The hearing on the PI Show Cause Order shall be rescheduled to Tuesday **February 17, 2026, at 10:00 a.m.**

2.    Defendant shall have until March 5, 2026, to answer, move or otherwise respond to the Complaint in the above proceeding (ECF No. 1).

**IT IS SO ORDERED**.

Dated: January 27, 2026

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

-2-

1756252548.2