# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CHONGQING QIULONG TECHNOLOGY CORPORATION LIMITED, D/B/A SURRON,

                    Plaintiff,

        v.

E RIDE PRO INC.,

                    Defendant.

Case No. 8:26-cv-00067-MRA-DFMx

**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT [39]**

-1-

# ORDER

The Court, having considered Plaintiff Chongqing Qiulong Technology Corporation Limited, doing business as Surron ("Surron") and Defendant E Ride Pro Inc. ("E Ride")'s Joint Stipulation to Extend Time to Respond to Amended Complaint, and finding good cause therefor, hereby **GRANTS** the stipulation and **ORDERS** as follows:

1.    Defendant E Ride's deadline to answer, move, or otherwise respond to Surron's Amended Complaint shall be the later of (i) April 6, 2026, or (ii) two weeks after Surron's filing of the Amended Complaint.

**IT IS SO ORDERED**.

Dated: February 26, 2026

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

-2-