# Exhibit G



Captured by FireShot Pro: 06 April 2026, 04:14:45 PM
https://getfireshot.com

