Platinum Intellectual Property
Michelle C. Dunn (SBN 280676)
*Michelle.Dunn@platinum-ip.com*
Wei-Ting Chen (SBN 278799)
*Tim.Chen@platinum-ip.com*
3031 Tisch Way, Ste 110 PW
San Jose, CA 95128
Telephone: (408) 800-5884
Facsimile: (877) 463-0654

Attorneys for Defendant
E Ride Pro Inc.,

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHONGQING QIULONG TECHNOLOGY CORPORATION LIMITED. DBA SURRON,<br><br>Plaintiff,<br><br>v.<br><br>E RIDE PRO INC.; NINGBO ENGINEERING IMP&EXP CO., LTD.; NINGBO YINGFU TECHNOLOGY DEVELOPMENT CO., LTD.; and NINGBO YILUPU TECHNOLOGY CO., LTD,<br><br>Defendants. | Case No. 8:26-cv-00067- MRA-DFMx<br><br><br>**DECLARATION OF MICHELLE C. DUNN IN SUPPORT OF DEFENDANT E RIDE PRO'S MOTION TO DISMISS COUNTS II AND III OF THE FIRST AMENDED COMPLAINT OF PLAINTIFF** |

-1-

I, Michelle C. Dunn, declare as follows:

1.      I am an attorney admitted to practice in the State of California and before this Court. I am a partner of the law firm Platinum Intellectual Property PC, attorney of record for Defendants in the above-captioned matter. The matters set forth in this declaration are based upon my personal knowledge, except where otherwise indicated, and if called as a witness I could and would testify competently thereto.

2.      According to Sur Ronster's YouTube channel (accessible at https://www.youtube.com/@SurRonster), he has been posting e-bikes videos on this channel since at least as early as October 2019. Attached hereto as **Exhibit 1** is a true and correct copy of a screenshot showing a video posted on this YouTube channel, depicting a rider on a Surron bike, which was posted on October 11, 2019.

3.      According to his YouTube channel, Sur Ronster has more than 4 million subscribers and has created over 400 e-bike related videos, which have received more than 773 million views. Attached hereto as **Exhibit 2** is a true and correct copy of a screenshot of showing the channel's subscriber count, number of videos, and total views.

4.      Sur Ronster's channel hosts many educational and entertainment videos in the field of e-bikes, including numerous e-bike test drives and reviews documenting the rider's experiences with different e-bike brands, among them genuine Surron e-bikes. Examples include videos titled "Surron v. Lambo," "Surron v. Police," and "Pack of Surrons Wheelie in Hollywood.". Attached hereto as **Exhibit 3** is a true and correct copy of a screenshot of the main page of Sur Ronster's YouTube channel.

5.      On May 12, 2026, the USPTO issued U.S. Trademark Registration No. 8,249,183 for the mark SUR RONSTER (the "SUR RONSTER Mark") in connection with "On-line video journals, namely, vlogs featuring nondownloadable videos in the field of action sports and extreme sports; Providing online non-downloadable videos in the field of action sports and extreme sports" in International Class 41 for services related to education and entertainment. During examination, the USPTO did not cite any asserted Surron Marks as conflicting marks to reject the SUR RONSTER Mark. The SUR RONSTER Mark is

owned by a limited liability company named Sur Ronster LLC. Attached hereto as **Exhibit 4** is a true and correct copy of the registration certificate and USPTO's trademark database record for the SUR RONSTER Mark.

I declare the foregoing to be true and correct under penalty of perjury under the laws of the United States of America.

Dated:  July 1, 2026                    PLATINUM INTELLECTUAL PROPERTY PC

By:    /s/Michelle C. Dunn
Michelle C. Dunn

Attorney for Defendant
E Ride Pro Inc.,

-3-