# EXHIBIT 1

Page 1
https://www.youtube.com/watch?v=dAIV0KJaNWA
06-23-2026 11:18:53



# EXHIBIT 2

Page 1
https://www.youtube.com/@SurRonster/videos
06-23-2026 11:27:48



# EXHIBIT 3

Page 1
https://www.youtube.com/@SurRonster/featured
06-23-2026 11:28:27

## YouTube

- Home
- Shorts
- Subscriptions
- You
- History

Sign in to like videos, comment, and subscribe.

Sign in

**Explore**
- Shopping
- Music
- Movies & TV
- Show more

**More from YouTube**
- YouTube Premium
- YouTube TV
- YouTube Music
- YouTube Kids

- Report history

sur ronster

Sign in

### Sur Ronster ✔

@SurRonster • 4.04M subscribers • 416 videos

New video every Saturday morning! ...more

∞ Instagram and 1 more link

**Subscribe**   **Community**

Home | Videos | Playlists | Posts

**Best of Sur Ronster 2025**

3,669,495 views • 5 months ago

Best fails and wins of Sur Ronster 2025

Best electric bikes https://ronsterrides.com/

Key Words: best electric bike fails surron ebike surronster fail compilation best surronster fails ebikes vs cops ebikes vs police best electric bike fails best ebike fails worst ebike fails ebike …

READ MORE

**Popular videos**

| | |
|---|---|
| I Took My Mini Moto into "The Death Tunnels" — 23M views • 1 year ago | 26:09 |
| I Built an INSANE Electric Mini Moto (+60mph!) — 13M views • 2 years ago | 21:19 |
| I Took My Mini Bike to "The Death Zone" — 11M views • 1 year ago | 16:26 |
| I Took a Walmart Bike to "Mini Madness" — 10M views • 10 months ago | 19:46 |
| I Bought a Mini Porsche — 9.4M views • 10 months ago | 20:58 |
| Street Legal Stark Varg — 9M views • 1 year ago | 19:25 |

**Videos**

| | |
|---|---|
| Police Are Making E-Bikes Faster — 1.5M views • 3 days ago | 18:57 |
| The World's Fastest Mini Bike — 1.4M views • 10 days ago | 20:00 |
| I Bought Every Bike Under $2,500 — 1.8M views • 2 weeks ago | 17:06 |
| I Bought 3 Invisible Bikes — 2.9M views • 3 weeks ago | 17:54 |
| I Made the "Perfect" Bike 2x Faster — 2.9M views • 1 month ago | 18:59 |
| I'm The Worst Street Legal Biker — 3.1M views • 1 month ago | 19:15 |

**Vlogs** ▶ Play all

| | |
|---|---|
| SURRON vs LAMBO // My first LAESK8 Rideout! // … — Sur Ronster ✔ — 868K views • 5 years ago | 20:57 |
| SURRON vs POLICE pt. 2 // Getting Pulled Over For … — Sur Ronster ✔ — 332K views • 5 years ago | 9:24 |
| Pack of Surrons Wheelie in Hollywood 🚨 Wheelie eVlog — Sur Ronster ✔ — 213K views • 5 years ago | 13:20 |
| SURRON FAMOUS // JOYRIDE EP. 01 // SURRON WHEELIE … — Sur Ronster ✔ — 49K views • 5 years ago | 18:49 |
| Surron Crashes 3 Times in LA // Downtown Night Wheelie… — Sur Ronster ✔ — 110K views • 5 years ago | 15:27 |
| 4 SURRONS vs DONALD TRUMP // Election Day … — Sur Ronster ✔ — 80K views • 5 years ago | 28:20 |

**Wheelie Edits** ▶ Play all

| | |
|---|---|
| SURRON vs ONLYFANS // WHEELIE EDIT // XANMAN — Sur Ronster ✔ — 279K views • 5 years ago | 2:52 |
| SURRON vs POLICE pt. 2 // Getting Pulled Over For … — Sur Ronster ✔ — 332K views • 5 years ago | 9:24 |
| HOW IT FEELS TO WHEELIE A SURRON // CHINESE … — Sur Ronster ✔ — 40K views • 5 years ago | 3:21 |
| 1 Year Wheelie Progression // SURRON X // Wheelie Edit — Sur Ronster ✔ — 33K views • 5 years ago | 2:49 |
| HD SURRON WHEELIE EDIT // ADVANCED WHEELIES — Sur Ronster ✔ — 26K views • 5 years ago | 2:49 |
| Surron Flexes on Juiced eBikes // Everyone Loves th… — Sur Ronster ✔ — 21K views • 5 years ago | 4:09 |

**Tutorials** ▶ Play all

Page 2
https://www.youtube.com/@SurRonster/featured
06-23-2026 11:28:27



CHAIN TENSION TUTORIAL // SURRON SEGWAY X260 // ...
Sur Ronster
88K views • 5 years ago

SUSPENSION CARE // SURRON & SEGWAY X260 ...
Sur Ronster
39K views • 5 years ago

TAKE IT OFF YOUR SURRON! // Brake Cut-Off Sensor ...
Sur Ronster
105K views • 5 years ago

SURRON // TOP 10 MODS
Sur Ronster
49K views • 6 years ago

Sur Ron X // How To Clean the Chain
Sur Ronster
49K views • 6 years ago

DON'T RIDE WITHOUT THESE! // SURRON GEAR ...
Sur Ronster
72K views • 5 years ago

## Posts

Sur Ronster • 1 month ago

🏍️ 🏆 12 Giveaway Winners 🏆 🎉 1) Cyberplays73 (Georgia) 2) idekcr7 (LA) 3) Iloveplanesv5n (Connecticut) 4) hubertk.91 (New Jersey) 5) David gonzalez (LA) 6) TryingToHardOfficial...

👍 19K 👎     ↗️     💬 2.7K

Sur Ronster • 1 year ago

🏆 4 Giveaway Winners 🏆 - Tuttio Soleil 01: "Mando the Mathematian" @thatone_tuttio_kid - Razor Prospec: @jadenfuentes-rs6yg - Rawr Mini 1: @dr3games - Rawr Mini 2:...

👍 45K 👎     ↗️     💬 4.6K

Sur Ronster • 1 year ago

YouTube took this video down 🚫 For the first time in years, there is no video this week. There was...but not anymore. Thank you to everyone who watched it within the first couple hours before it...

👍 12K 👎     ↗️     💬 1.4K

# EXHIBIT 4

**1776–2026**

# United States of America

## United States Patent and Trademark Office

# SUR RONSTER

| | |
|---|---|
| **Reg. No. 8,249,183** | Sur Ronster LLC  (California LIMITED LIABILITY COMPANY) |
| | 501 Silverside Road |
| **Registered May 12, 2026** | Suite 102 |
| | Wilmington, DELAWARE 19809 |
| **Int. Cl.: 41** | |
| | CLASS 41: On-line video journals, namely, vlogs featuring nondownloadable videos in |
| **Service Mark** | the field of action sports and extreme sports; Providing online non-downloadable videos |
| | in the field of action sports and extreme sports |
| **Principal Register** | |
| | FIRST USE 10-11-2019; IN COMMERCE 10-11-2019 |

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name "SUR RONSTER" shown in the mark identifies "Sur Ronster," a living individual, whose consent to register is made of record.

SER. NO. 98-808,488, FILED 10-18-2024







DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners /holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

**Generated on:** This page was generated by TSDR on 2026-06-23 12:31:14 EDT

**Mark:** SUR RONSTER

# SUR RONSTER

| | | | |
|---|---|---|---|
| **US Serial Number:** | 98808488 | **Application Filing Date:** | Oct. 18, 2024 |
| **US Registration Number:** | 8249183 | **Registration Date:** | May 12, 2026 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | No |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** May 12, 2026

**Publication Date:** Mar. 24, 2026

## Mark Information

**Mark Literal Elements:** SUR RONSTER

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Name Portrait Consent:** The name "SUR RONSTER" shown in the mark identifies "Sur Ronster," a living individual,whose consent to register is made of record.

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** On-line video journals, namely, vlogs featuring nondownloadable videos in the field of action sports and extreme sports; Providing online non-downloadable videos in the field of action sports and extreme sports

| | | | |
|---|---|---|---|
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Oct. 11, 2019 | **Use in Commerce:** | Oct. 11, 2019 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** Sur Ronster LLC

**Owner Address:** 501 Silverside Road
Suite 102
Wilmington, DELAWARE UNITED STATES 19809

**Legal Entity Type:** LIMITED LIABILITY COMPANY  **State or Country Where Organized:** CALIFORNIA

# Attorney/Correspondence Information

| Attorney of Record | |
|---|---|
| **Attorney Name:** Eric Eagle Hartmans | **Docket Number:** 24-0130-SURO |
| **Attorney Primary Email Address:** ehartmans@hartmanslaw.com | **Attorney Email Authorized:** Yes |

| Correspondent | |
|---|---|
| **Correspondent Name/Address:** Eric Eagle Hartmans
Hartmans Law
1590 Rosecrans Blvd., Ste. D-225
Manhattan Beach, CALIFORNIA United States 90266 | |
| **Phone:** 310-954-8512 | |
| **Correspondent e-mail:** ehartmans@hartmanslaw.com support@hartmanslaw.com surronsterofficial@gmail.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 12, 2026 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| May 12, 2026 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 24, 2026 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Mar. 24, 2026 | PUBLISHED FOR OPPOSITION | |
| Mar. 18, 2026 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Feb. 25, 2026 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Feb. 25, 2026 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 25, 2026 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Feb. 25, 2026 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Feb. 25, 2026 | ASSIGNED TO LIE | 96463 |
| Feb. 19, 2026 | TEAS RESPONSE TO SUSPENSION INQUIRY RECEIVED | |
| Jan. 14, 2026 | PETITION TO DIRECTOR GRANTED | |
| Jan. 06, 2026 | TEAS RESPONSE TO PETITION INQUIRY LETTER | 31367 |
| Dec. 19, 2025 | HIDDEN SENSITIVE CONTENT | |
| Dec. 16, 2025 | PETITION INQUIRY LETTER ISSUED | |
| Dec. 08, 2025 | ASSIGNED TO PETITION STAFF | 31367 |
| Aug. 15, 2025 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | |
| Aug. 15, 2025 | LETTER OF SUSPENSION E-MAILED | |
| Aug. 15, 2025 | SUSPENSION LETTER WRITTEN | |
| Jul. 24, 2025 | TEAS PETITION TO DIRECTOR RECEIVED | |
| Jul. 23, 2025 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jul. 23, 2025 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jul. 23, 2025 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Apr. 25, 2025 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Apr. 25, 2025 | NON-FINAL ACTION E-MAILED | |
| Apr. 25, 2025 | NON-FINAL ACTION WRITTEN | |
| Apr. 25, 2025 | REMOVED FROM TEAS PLUS | |
| Apr. 25, 2025 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Apr. 25, 2025 | NON-FINAL ACTION E-MAILED | |
| Apr. 25, 2025 | NON-FINAL ACTION WRITTEN | |

| Apr. 21, 2025 | ASSIGNED TO EXAMINER | 99078 |
| Apr. 20, 2025 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Oct. 18, 2024 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:**  FILE REPOSITORY (FRANCONIA)          **Date in Location:**  May 12, 2026