Platinum Intellectual Property
Michelle C. Dunn (SBN 280676)
*Michelle.Dunn@platinum-ip.com*
Wei-Ting Chen (SBN 278799)
*Tim.Chen@platinum-ip.com*
3031 Tisch Way, Ste 110 PW
San Jose, CA 95128
Telephone: (408) 800-5884
Facsimile: (877) 463-0654

Attorneys for Defendants
E Ride Pro Inc., Ningbo Engineering Imp & Exp Co., Ltd., and
Ningbo Yingfu Technology Development Co., Ltd.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHONGQING QIULONG TECHNOLOGY CORPORATION LIMITED. DBA SURRON, <br><br> Plaintiff, <br><br> v. <br><br> E RIDE PRO INC.; NINGBO ENGINEERING IMP&EXP CO., LTD.; NINGBO YINGFU TECHNOLOGY DEVELOPMENT CO., LTD.; and NINGBO YILUPU TECHNOLOGY CO., LTD, <br><br> Defendants. | Case No. 8:26-cv-00067- MRA-DFMx <br><br> **DECLARATION OF JUSTIN WOODS** |

-1-

The Declarant, Justin Woods, under penalty of perjury, declares and says:

1.     I serve as the Director of Customer Success for Defendant E Ride Pro, Inc. ("E Ride Pro"). I submit this Declaration in support of Defendant E Ride Pro's Opposition to Plaintiff's Motion to Dismiss Counts II and III of the First Amended Complaint of Plaintiff Chongqing Qiulong Technology Corporation Limited, DBA Surron. Unless otherwise stated, the facts set forth herein are based on my personal knowledge, and if called as a witness, I could and would testify competently thereto.

2.     I have worked at E Ride Pro since February 20, 2024. My original position involved setting up E Ride Pro's After Sale/Customer Support system; however, as the company has grown, my position has evolved to include multiple other areas of responsibility including warehouse management, technical support, sales and marketing activities.

3.     I am familiar with the company's regular business operations, as well as the overall electric off-road motorcycle market.

4.     E Ride Pro, a California corporation, has imported, marketed and distributed electric motorcycles manufactured by Ningbo Yingfu and exported by Ningbo Engineering.

5.     E Ride Pro started importing, marketing and selling the E Ride Pro bikes approximately December 2023, which was years after Sur Ronster launched his YouTube channel and began regularly posting e-bike content under that name.

6.     Sur Ronster is a highly influential content creator on Youtube.com in the e-bike industry.

7.     As a common practice amongst content creators and social influencers, Sur Ronster sometimes works with various e-bike companies and brands to test and review their respective e-bikes. Defendant is among the companies that have collaborated with Sur Ronster in this regard.

8.     E Ride Pro likewise works with other content creators and social-media influencers to test and review E Ride Pro bikes, and its relationship with Sur Ronster, or

any other social influencers, is nonexclusive.

9.      It is in this context that E Ride Pro has enabled social-media influencers to sell E Ride Pro bikes through their websites as a dropshipper, as exemplified by the E Ride Pro product link on Sur Ronster's website, Ronsterrides.com.

10.     E Ride Pro occasionally has provided marketing support and services including sponsorship and team jerseys to social influencers, including Sur Ronster, in connection with the promotion of E Ride Pro bikes.

11.     E Ride Pro has no control over Sur Ronster's choice of pseudonym, his operation or content of his social-media accounts or website, or his method of marketing.

12.     Prior to Surron's allegations in the FAC, E Ride Pro had no notice from Surron, Sur Ronster or any third party regarding the alleged infringement of the Surron Marks by Sur Ronster.

I declare the foregoing to be true and correct under penalty of perjury under the laws of the United States of America.

Executed on 6/30, 2026.



-3-